**Warren Scott TAYLOR, Petitioner–Appellant,**

v.

**H.D. BROWN, Page County Magistrate Judge, Respondent–Appellee.**

No. 02–6428.

United States Court of Appeals, Fourth Circuit.

Submitted April 26, 2002.

Decided July 15, 2002.

Warren Scott Taylor, Appellant Pro Se.

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Warren Scott Taylor seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001), and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Taylor v. Brown,* No. CA–01–912–7 (W.D.Va. Feb. 14, 2002; Feb. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*